UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LIFTECH CONSULTANTS INCORPORATED, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG SHIPBUILDING & HEAVY INDUSTRIES, LTD., an entity of none unknown form, SAMSUNG HEAVY INDUSTRIES CO., LTD., and entity of none unknown form, DOES 1 through 5, and each of them,<br><br>Defendants. | Case No:  C 10-2976 SBA<br><br>**JUDGMENT** |

In accordance with the Court's Order Granting Defendant's Motion to Dismiss,

IT IS HEREBY ORDERED THAT final judgment is entered for Defendant.

IT IS SO ORDERED.

Dated:  November 1, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge